# United States Court of Appeals
## For the First Circuit

---

No. 09-1229

MAGUETTE FAYE,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Repondent.

---

**ERRATA SHEET**

The opinion of this Court issued on September 2, 2009, is amended as follows:

On page 5, line 16, "August 1, 2009" is changed to "August, 1, 2007".